# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Gil Aronow, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-7733 |
| Republic of Sudan | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Thomas Burnett, Sr., et, al.

| Plaintiff | Case Number |
|---|---|
| vs. | 03-cv-9849 |
| Al Baraka Inv. & Dev. Corp., et al. | |
| Defendant | |

IH-32                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed action arises out of the same terrorist attack, the September 11th 2001 terrorist attack(s), referenced in the earlier filed related case. The supporters and sponsors of the Defendant and its agents, officials, and employees provided material support to engage in acts of terrorism, which targeted Americans in the same manner in both cases.

Signature: _____    Date: 9/18/2020

Firm: Heideman Nudelman & Kalik, PC